UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JONATHAN GODFREY,              )<br>                                                  )<br>       Petitioner                        )<br>                                                  )<br>v.                                              )<br>                                                  )<br>RICHARD ALLEN, Commissioner, )<br>and THE ATTORNEY GENERAL )<br>OF THE STATE OF ALABAMA,   )<br>                                                  )<br>       Respondents                    ) | Case No. 2:10-cv-02228-WMA-HGD |

### **MEMORANDUM OPINION**

On February 15, 2012, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. Petitioner sought and obtained an extension until March 9, 2012, in which to file objections. On March 9, 2012, petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case and the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the

recommendations of the magistrate judge that the petition for writ of habeas corpus be denied.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 26th day of March, 2012.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE